UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BERNARD OLUSHINA,

               Plaintiff,

    -against-

ALBERTO GONZALEZ, LAWRENCE
GERZOG, BUREAU OF PRISONS,

             Defendants.

------------------------------------------------------------------X

JUDGMENT
06-CV- 4030 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 8 2007 ★

BROOKLYN OFFICE

     An Order of Honorable John Gleeson, United States District Judge, having been filed on January 3, 2007, dismissing the complaint; certifying pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the complaint is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
       January 04, 2007

                    s/Robert C. Heinemann
                    ROBERT C. HEINEMANN
                    Clerk of Court